**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02883-REB

ALEJANDRO GARCIA CARBAJAL,

    Petitioner,

v.

ERIC HOLDER,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order on Application for Writ of Habeas Corpus of Judge Robert E. Blackburn entered on May 16, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 #[4] filed November 6, 2013, is denied; and it is further

    ORDERED that this case is Dismissed. It is further

    ORDERED that Respondent shall have their costs, by the filing of a Bill of Costs pursuant to the procedures set forth in Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 16th day of May, 2014.

                                                  FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

By:  s/   K Lyons
　　　　K Lyons
　　　　Deputy Clerk